UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TINA LAVON THOMPSON, | ) | CASE NO. ED CV 08-1675-PA (PJW) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING REPORT AND |
| | ) | ADOPTING FINDINGS, CONCLUSIONS, |
| v. | ) | AND RECOMMENDATIONS OF UNITED |
| | ) | STATES MAGISTRATE JUDGE |
| K. EICHENBERGER, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings filed in support of and in opposition to Respondent's motion to dismiss the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge.  No objections to the Report and Recommendation have been filed.  The Court hereby accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions and orders that Respondent's motion to dismiss the Petition for Writ of Habeas Corpus is denied.

IT IS SO ORDERED.

DATED:    November 17, 2009

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\ED08CV01675PA-O.wpd