UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TINA LAVON THOMPSON, | ) | CASE NO. CV 08-1675-PA (PJW) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| K. EICHENBERGER, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   March 9, 2011

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\08-1675 Judgment.wpd